**CIBA–GEIGY CORPORATION, Petitioner,**

v.

**ESTES CHEMICAL CORPORATION, Respondent.**

No. B–4344.

Supreme Court of Texas.

Feb. 6, 1974.

Underwood, Wilson, Sutton, Heare & Berry, R. A. Wilson, Amarillo, for petitioner.

Gibson, Ochsner, Adkins, Harlan & Hankins, Wayne P. Sturdivant, Amarillo, for respondent.

PER CURIAM.

The parties have made known to this Court that this cause is in the process of settlement. Accordingly, pursuant to the joint request of the parties, the judgment of the Court of Civil Appeals, 501 S.W.2d 469 is set aside; and the cause is remanded to the district court.